UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

DOCKET NO. 5:14cr72-RLV

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | ORDER OF FORFEITURE |
| ) | |
| v. ) | |
| ) | |
| GERMAINE WOODLEY, ) | |
| ) | |
| Defendant. ) | |

In the Bill of Indictment in this case, the United States sought forfeiture of property that was proceeds and/or was used or intended to be used to facilitate the crimes charged, which would be subject to forfeiture under 21 U.S.C. § 853.

Defendant entered into a plea agreement; subsequently pled guilty to Count One in the Bill of Indictment; and was adjudged guilty of the offense charged in that count.

Based upon Defendant's plea of guilty, stipulated Factual Basis, and Affidavit of Special Agent Chris Morgan submitted by the United States, the Court finds that the sum of $1,225,000 was reasonably foreseeable to Defendant, representing criminal proceeds.

It is therefore ORDERED that Defendant shall forfeit the sum of $1,225,000.

Signed: March 28, 2016

Richard L. Voorhees
United States District Judge